610

1935.   Petition for writ of certiorari to the Appellate Division, Third Judicial Department, Supreme Court of New York, denied.  *Messrs. Randall J. LeBoeuf, Jr.,* and *Horace R. Lamb* for petitioner.  *Mr. Henry Epstein* for respondent.

No. 299.   WILLIAMS POCAHONTAS COAL CO. *v.* BERWIND LAND CO.   October 14, 1935.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied.  *Messrs. John L. Steinbugler* and *Henry S. Miller* for petitioner.  *Mr. LeRoy Allebach* for respondent.

No. 300.   NEW ENGLAND NEWSPAPER PUBLISHING CO. *v.* BONNER.   October 14, 1935.   Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied.  *Mr. Francis P. Garland* for petitioner. *Messrs. Richard W. Hale* and *John W. Guider* for respondent.

No. 304.   MOSES COHEN *v.* COMMISSIONER OF INTERNAL REVENUE;

No. 305.   ROSENBAUM *v.* SAME;

No. 306.   NATHAN COHEN *v.* SAME; and

No. 307.   GODFRIED *v.* SAME.   October 14, 1935.   Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.  *Mr. H. Kennedy McCook* for petitioners.  *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Arnold Raum* for respondent.